## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: MICHELE BARNES § Case No.: 09-29544

Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/12/2009.

2) This case was confirmed on 11/02/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/07/2011.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 21

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 6,802.96

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 3,534.00 |
| Less amount refunded to debtor | $ 186.00 |
| **NET RECEIPTS** | $ 3,348.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,828.13 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 216.07 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,044.20 |
| Attorney fees paid and disclosed by debtor | $ 46.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HEIGHTS FINANCE CORP | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | 1,179.00 | NA | NA | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED | 772.00 | 300.00 | 300.00 | 300.00 | 3.80 |
| AARON SALSES & LEASE | UNSECURED | .00 | NA | NA | .00 | .00 |
| AVANTIS FINANCE | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| AMCORE BANK | UNSECURED | 388.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ARROWHEAD INVESTMENT | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| ASPEN | UNSECURED | 1,006.00 | NA | NA | .00 | .00 |
| IL BELL TELEPHONE CO | UNSECURED | 182.00 | 811.59 | 811.59 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 1,350.00 | NA | NA | .00 | .00 |
| BETHANY HOSPITAL | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| CASH NET | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 100.00 | 100.00 | 100.00 | .00 | .00 |
| COMED | UNSECURED | 801.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,026.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 801.00 | NA | NA | .00 | .00 |
| DJR GROUP | UNSECURED | 325.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DUVERA FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| ECONOMY INTERIORS IN | OTHER | .00 | NA | NA | .00 | .00 |
| FINANCIAL PROCESSING | UNSECURED | 183.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 675.00 | 675.66 | 675.66 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 513.00 | 513.81 | 513.81 | .00 | .00 |
| GENESIS FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| HUSKHAWK GROUP LTD | UNSECURED | 505.00 | NA | NA | .00 | .00 |
| IL BONE & JOINT INST | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| IGOTIT.COM | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ILLINOIS INTERNET | UNSECURED | 418.00 | 474.49 | 474.49 | .00 | .00 |
| IMPACTCASH USA | UNSECURED | 390.00 | 390.00 | 390.00 | .00 | .00 |
| INTERNET LOAN | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 1,303.00 | 27,631.25 | 27,631.25 | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| KAHUNA PAYMENT SOLUT | OTHER | .00 | NA | NA | .00 | .00 |
| LIGHTHOUSE FINANCIAL | UNSECURED | 2,900.00 | NA | NA | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 155.00 | 155.00 | 155.00 | .00 | .00 |
| MCI | UNSECURED | 367.00 | NA | NA | .00 | .00 |
| MEDCO INSURANCE | UNSECURED | 895.00 | NA | NA | .00 | .00 |
| NW BUS COLLEGE SW CA | UNSECURED | 1,560.00 | NA | NA | .00 | .00 |
| NORTH RIVERSIDE POLI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | OTHER | .00 | NA | NA | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | OTHER | .00 | NA | NA | .00 | .00 |
| QUICK PAYDAY | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 7,000.00 | NA | NA | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 6,464.00 | 6,108.87 | 6,108.87 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 5,478.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 4,109.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 3,131.00 | NA | NA | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 2,927.00 | 2,645.67 | 2,645.67 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 2,059.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,622.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,298.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,075.00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,033.00 | NA | NA | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 1,186.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,186.00 | 1,186.85 | 1,186.85 | .00 | .00 |
| SANDPOINT CAPITAL | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| SBC | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 390.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| STUDENT LOAN MKT ASS | OTHER | .00 | NA | NA | .00 | .00 |
| STUDENT LOAN MARKETI | OTHER | .00 | NA | NA | .00 | .00 |
| SUN CASH OF WI LLC | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 658.00 | NA | NA | .00 | .00 |
| TIMBERHILL INVESTMEN | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 665.00 | 665.57 | 665.57 | .00 | .00 |
| US BANK NA | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK | OTHER | .00 | NA | NA | .00 | .00 |
| USA CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| WOMANS WORKOUT WORLD | UNSECURED | 118.00 | NA | NA | .00 | .00 |
| WORKFORCE FINANCIAL | UNSECURED | 1,600.00 | 1,600.00 | 1,600.00 | .00 | .00 |
| ZOOM LOAN | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| FIRST WESTERN PROPER | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | .00 | 7,694.60 | 7,694.60 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 723.77 | 723.77 | .00 | .00 |
| GENESIS FINANCIAL & | UNSECURED | .00 | 1,202.83 | 1,202.83 | .00 | .00 |
| US BANK NA | UNSECURED | NA | 1,649.98 | 1,649.98 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 300.00 | 300.00 | 3.80 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 300.00 | 300.00 | 3.80 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 54,229.94 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,044.20 |
| Disbursements to Creditors | $ | 303.80 |
| **TOTAL DISBURSEMENTS:** | $ | 3,348.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    05/11/2011                                  /s/ Tom  Vaughn
                                                      Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**